IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW J. MILLER,

    Plaintiff/Counter-Defendant,

v.                                 No. CIV 10-171 WJ/LFG

TOWN AND COUNTRY TOW YARD,
ACME TOW YARD, CITY OF ALBUQUERQUE,
SGT. KEVIN ROWE, DET. CARLA PEREZ,
DET. MARIGRACE BARRERAS,
DET. CHADWICK J. MELVIN, OFFICE OF THE
DISTRICT ATTORNEY, DISTRICT ATTORNEY
KARI BRANDENBERG, DEPUTY DISTRICT
ATTORNEY ROBIN S. HAMMER, DEPUTY
DISTRICT ATTORNEY MARK L. DREBING,
E&A KAP, INC., d/b/a Town and County Towing,
ACME TOWING & RECOVERY, INC.
DUGGER'S SERVICES, INC., MUNOS WRECKER, INC.

    Defendants/Counter-Plaintiffs.

## SUPPLEMENT TO PLAINTIFF IN INTERVENTION'S MOTION TO INTERVENE

COMES NOW, Roberta Beale by and through her attorneys of record, MARTINEZ, HART & THOMPSON, P.C. (F. Michael Hart) and in support of her Motion to Intervene in these matters, submits the attached Exhibit "A", *Order Granting Plaintiff's Motion for Partial Summary Judgment on Liability for Conversion* entered by the Second Judicial District Court on April 13, 2011. Plaintiff-in-Intervention Beale requests the Court consider in deciding the Motion to Intervene that the state court has found Plaintiff Miller is liable to Plaintiff-in-Intervention Beale for conversion. As stated elsewhere in Plaintiff-in-Intervention Beale's pleadings, as well as through other documents before the Court, all amounts Mr. Miller used to purchase the vehicles at issue in this case were acquired by him as a result of illegal and improper conversion of Beale's money.

Respectfully Submitted,

**MARTINEZ, HART & THOMPSON, P.C.**


  /s/ F. Michael Hart
F. Michael Hart
Attorney for Plaintiff-in-Intervention
1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile

I HEREBY CERTIFY that a true and correct copy of the forgoing was served to all parties entitled thereto through the United States District Court CM/ECF electronic filing program, this 18th day of April, 2011, as follows:

- Paige Ann Elizabeth Duhamel - paige.duhamel@gmail.com
- Cristina A Adams - cadams@rodey.com, sbonal@rodey.com, jroberts@rodey.com
- Stephen G French- sfrench@frenchlawpc.com, conchavez@frenchlawpc.com, mmuirhead@frenchlawpc.com, vlchavez@q.com, vchavez@frenchlawpc.com, mtowne@frenchlawpc.com, czamora@frenchlawpc.com, ecomiskey@frenchlawpc.com, pforney@frenchlawpc.com
- Robyn B. Hoffman - rhoffman@frenchlawpc.com, conchavez@frenchlawpc.com, vlchavez@q.com, stephanie.chavez@state.nm.us, rose.otero-molina@state.nm.us, vchavez@frenchlawpc.com, kari.cole@state.nm.us, ecomiskey@frenchlawpc.com, czamora@frenchlawpc.com
- Kathryn Levy - klevy@cabq.gov, jrrodriguez@cabq.gov, mesanchez@cabq.gov, pmezzancello@cabq.gov
- Paul Melendres - paul@melendreslaw.com
- Benjamin I Sherman - bsherman@cabq.gov, tsmalls@cabq.gov, ECObrien@cabq.gov
- Seth Sparks - ssparks@rodey.com, jroberts@rodey.com, tltorres@rodey.com

**MARTINEZ, HART & THOMPSON, P.C.**


  /s/ F. Michael Hart
F. Michael Hart